**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  Maurice Demone Watkins Sr.          Case Number: 05-35531
                                            Chapter :   13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

|  | **Amount of Dividend** |
|---|---|
| Maurice Demone Watkins Sr.<br>1227 Nelson Street Apt. D<br>Richmond, VA  23231 | $ 0.98 |

Dated: **November 24, 2010**          \S\ Robert E. Hyman
                                      _____
                                      **(Signature of Trustee)**

                                      Robert E. Hyman
                                      Standing Chapter 13 Trustee
                                      P.O. Box 1780
                                      Richmond, VA. 23218-1780